IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COLEEN MORELAND, et al., | * | |
| Plaintiffs, | * | CASE NO. 8:24-cv-00989-PX |
| v. | * | |
| HASEEB AHMAD, DPM, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL
ON BEHALF OF HASEEB AHMAD, DPM**

COMES NOW Defendant, Haseeb Ahmad, DPM, by and through his attorneys, Larry M. Waranch, Lisa J. Russell and Waranch & Brown, LLC, and in answer to the Plaintiffs' Complaint states as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The answering Defendant avers that the Complaint is barred by the applicable statute of limitations.

**THIRD DEFENSE**

The answering Defendant avers that the claims alleged in Plaintiffs' Complaint are barred by the Plaintiffs' assumption of the risk.

**FOURTH DEFENSE**

The answering Defendant avers that the claims alleged in Plaintiffs' Complaint are barred by the Plaintiffs' contributory negligence.

**FIFTH DEFENSE**

The answering Defendant avers that the claims alleged in Plaintiffs' Complaint are barred due to the negligence and/or affirmative conduct of others for whom in law this Defendant is not responsible.

**SIXTH DEFENSE**

The answering Defendant avers that the Plaintiffs' injuries, if any, were caused by the supervening, intervening acts of others over whom Defendant had no responsibility or control.

**SEVENTH DEFENSE**

The answering Defendant will rely upon all defenses lawfully available to it including, but not limited to, those already asserted herein.

**Jurisdiction and Venue**

1. The Defendant is without sufficient information to admit or deny the allegations contained in Paragraphs 1 and 2 of Plaintiffs' Complaint.

2. Based on information and belief, the Defendant admits the allegations contained in Paragraph 3 of the Complaint.

3. The Defendant admits in part and denies in part Paragraph 4 as a portion of the care was provided in Montgomery County, Maryland.  Plaintiff also received care in Washington, D.C.

4. The Defendant admits Paragraph 5 that venue is appropriate in the United States District Court for the District of Maryland and should proceed in the Southern Division.

**Factual Background**

5. The Defendant admits Paragraph 6.

6. The Defendant denies Paragraph 7 in part and admits in part.  Dr. Ahmad's operative report noted evidence of damage to the peroneal tendons including that the peroneus

brevis tendon was evaluated and there was a low-lying muscle belly along with flattening of the tendon. The peroneal retinaculum is not noted in the report. It is admitted that Dr. Ahmad re-tubularized the peroneus brevis tendon.

7. Defendant denies Paragraph 8 as the report describes the condition of the synovium.

8. Defendant admits Paragraph 9.

9. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 10.

10. Defendant denies Paragraph 11 as stated. Defendant admits that his notes on 4/5/21 and 4/28/21 do not mention the presence of the os trigonum bone on x-ray.

11. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 12.

12. Defendant admits Paragraph 13.

13. Defendant denies Paragraph 14 as stated. Defendant admits that Plaintiff's last care at Foot and Ankle Specialists of the Mid-Atlantic, LLC was on 6/3/21.

14. Defendant is without sufficient information to admit or deny the allegations contained in Paragraphs 15 and 16.

15. Defendant denies Paragraph 17.

## COUNT I – MEDICAL NEGLIGENCE

(Haseeb Ahmad, DPM)

16. Defendant incorporates his previous responses as to Paragraph 18.

16. Defendant denies in form and in substance the allegations contained in Paragraphs 19-21. Defendant complied with the standard of care at all times and was not the cause of Plaintiffs' alleged injuries.

## COUNT II – LOSS OF CONSORTIUM

(Haseeb Ahmad, DPM)

17. Defendant incorporates his previous responses as to Paragraph 22.

18. The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 23 of the Complaint.

19. The Defendant denies in form and in substance the allegations contained in Paragraph 24. Defendant complied with the standard of care at all times and was not the cause of Plaintiffs' alleged injuries.

## DEMAND FOR JURY TRIAL

The Defendant hereby demands a jury trial in accordance with Fed. R. Civ. P. 38.

WHEREFORE, the answering Defendant, Haseeb Ahmad, DPM, respectfully requests that the Complaint filed herein against him be dismissed with prejudice, with costs, attorneys' fees, and interest as provided by law assessed against the Plaintiffs and that this Defendant be granted such other and further relief as this honorable Court deems just and proper.

Respectfully submitted,

*/s/ Lisa J. Russell*

---

Larry M. Waranch (02012)
lwaranch@waranch-brown.com
Lisa J. Russell (26733)
lrussell@waranch-brown.com
WARANCH & BROWN, LLC
1301 York Road, Suite 300
Lutherville, Maryland  21093
**Attorneys for Defendants,
Haseeb Ahmad, DPM**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2024 a copy of the foregoing Answer to Complaint filed on behalf of Haseeb Ahmad, DPM, was filed and served with the Court's CM-ECF electronic system and sent via electronic mail to:

Paul J. Weber, Esquire
Hyatt & Weber, P.A.
200 Westgate Circle, Suite 500
Annapolis, MD 21401
**Attorneys for Plaintiffs**

*/s/ Lisa J. Russell*

---

Lisa J. Russell (26733)
lrussell@waranch-brown.com