IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COLEEN MORELAND, et al., | * | |
| Plaintiffs, | * | CASE NO. 8:24-cv-00989-PX |
| v. | * | |
| HASEEB AHMAD, DPM, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS ON BEHALF OF
DEFENDANT, HASEEB AHMAD, DPM**

In accordance with Local Rule 103.3, Defendant, Haseeb Ahmad, DPM by his undersigned counsel, states as follows:

1. **Corporate Affiliations**

Haseeb Ahmad, DPM, is not a corporate entity.

2. **Financial Interest in the Outcome of Litigation**

Dr. Ahmad was insured by PICA, A ProAssurance Company ("PICA"), at the relevant time. PICA may have a financial interest in the outcome of the litigation, as defined in Local Rule 103.3 (D. Md.).

*/s/ Lisa J. Russell*
_____
Larry M. Waranch (02012)
lwaranch@waranch-brown.com
Lisa J. Russell (26733)
lrussell@waranch-brown.com
WARANCH & BROWN, LLC
1301 York Road, Suite 300
Lutherville, Maryland  21093
**Attorneys for Defendants,**
**Haseeb Ahmad, DPM**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 29th day of April 2024, a copy of Defendant Ahmad's Rule 103 Disclosure of Corporate Affiliation and Financial Interests was filed and served with the Court's CM-ECF electronic system and sent via electronic mail to:

Paul J. Weber, Esquire
Hyatt & Weber, P.A.
200 Westgate Circle, Suite 500
Annapolis, MD 21401
**Attorneys for Plaintiffs**

*/s/ Lisa J. Russell*
_____
Lisa J. Russell (26733)
lrussell@waranch-brown.com