Lisa J. Russell
*direct* 443-470-1964
*main* 410-821-3500
lrussell@waranch-brown.com



WARANCH + BROWN
*Representing Health Professionals*

1301 York Road, Suite 300
Lutherville, MD 21093-6080
*fax* 410-821-3501
www.waranch-brown.com

July 15, 2024

Chambers of Gina L. Simms
United States Magistrate Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

      **Re:    Colleen Moreland v. Haseeb Ahmad, DPM**
             **Case No.: 8:24-CV-00989-GLS**

Dear Judge Simms:

      We are writing pursuant to the "Letter Order regarding the filing of Motions" issued by Your Honor on July 2, 2024.

      On June 27, 2024, the parties, through their counsel and pursuant to the Court's Order, filed their Initial Joint Status Report. Within the Report, the parties jointly requested a 90 day modification of the deadlines set forth in the Scheduling Order which was issued on June 13, 2024.

      As provided in the Initial Status Report, this is a complex medical malpractice case arising from surgery upon Plaintiff's left ankle. Discovery is in its early stages; however, the parties anticipate that discovery as to Plaintiff's past and future medical claims will be extensive given the serious nature of her injuries which include chronic pain management and Complex Regional Pain Syndrome. In addition, the parties anticipate they will designate numerous expert witnesses to testify regarding standard of care, causation and damages.

      Given the early stages of the case, and complex medical issues of Plaintiff, the parties believe that more time will be necessary to gather the relevant information (including subpoenas to numerous treating health care providers of Ms. Moreland), conduct depositions of the parties as well as fact and expert witnesses, and potentially an Independent Medical Evaluation upon Plaintiff.

      Therefore, within the Initial Joint Status Report, the parties requested a 90-day modification of all deadlines as follows:



| Event | Deadline | Requested Modification |
|---|---|---|
| Moving for Joinder of additional parties and amendment of pleadings | July 29, 2024 | **October 29, 2024** |
| Plaintiff's Rule 26(a)(2) expert disclosures | August 12, 2024 | **November 12, 2024** |
| Defendant's Rule 26(a)(2) expert disclosures | September 11, 2024 | **December 11, 2024** |
| Plaintiff's Rebuttal Rule 26(a)(2) expert disclosures | September 25, 2024 | **December 26, 2024** |
| Rule 26(e)(2) supplementation of disclosures and responses | October 2, 2024 | **January 2, 2025** |
| Completion of Discovery, submission of Post-discovery Joint Status Report | October 28, 2024 | **January 28, 2025** |
| Requests for Admission | November 4, 2024 | **February 4, 2025** |
| Dispositive Pretrial Motions Deadline | November 25, 2024 | **February 25, 2025** |

**In lieu of filing a Joint Motion to Modify Scheduling Order, the parties are jointly submitting this correspondence requesting the modification as set forth in their Initial Joint Status Report.**

Thank you for your attention and consideration.

Sincerely,

*Robert Farley*

Robert Farley
Counsel for Plaintiffs

*Lisa Russell*

Lisa J. Russell
Counsel for Defendants