**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **COLEEN MORELAND, et al.,** | * | |
| **Plaintiffs,** | * | **CASE NO. 8:24-cv-00989-PX** |
| **v.** | * | |
| **HASEEB AHMAD, DPM, et al.,** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF QUALIFIED EXPERT AND REPORT**
**ON BEHALF OF DEFENDANTS**

I, Jacob Wynes, DPM, state as follows:

1.      I am a licensed podiatrist in the State of Maryland and board certified in podiatric surgery.

2.      I have not devoted more than 25% of my professional activities to activities that directly involve testimony in personal injury claims during the 12 months immediately before the date this case was first filed.

3.      I hereby certify that I have clinical experience, provided consultation related to clinical practice and/or provided instruction in the field of podiatry within five years of the date of the alleged acts or omissions giving rise to the claim filed in this case.

4.      I have reviewed the pertinent medical records and radiologic images concerning this case.

5.      Based on my experience, training, education and review of the medical records and radiologic imaging, it is my opinion, to a reasonable degree of medical probability, that the care and treatment rendered by Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC ("these Health Care Providers") conformed to the applicable standards of care.

6.     It is also my opinion, to a reasonable degree of medical probability, that the Health Care Providers' care and treatment of Ms. Moreland was not the proximate cause of her alleged injuries.

_____

Jacob Wynes, DPM, MS

## **REPORT**

I am a board-certified podiatric surgeon licensed to practice in the State of Maryland. Based on my review of the medical records and radiologic images, it is my opinion that the treatment rendered to Coleen Moreland by Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC conformed to the acceptable standards of care.  It is also my opinion that the care and treatment rendered by Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC was not the cause of Ms. Moreland's alleged injuries.

In summary fashion only, it is my opinion, to a reasonable degree of medical probability, that Dr. Ahmad appropriately evaluated Ms. Moreland's ankle issues.  He discussed and attempted various conservative options for two years.  She chose surgical treatment.  Informed consent was obtained, and a consent form was signed to include risk of chronic regional pain syndrome (CRPS). The choice of procedures was appropriate and performed within the standard of care. Unfortunately, it appears that Ms. Moreland developed chronic pain, a known complication of any surgery.

Based upon my initial review, it appears that Dr. Ahmad did not remove the entire os trigonum; however, this is a known issue that can occur in the absence of negligence, which did not cause her injury.  Additionally, there is no evidence to support that Dr. Ahmad did not properly tension the internal brace or improperly perform the lateral ankle stabilization at the time of surgery.

This report is not, nor is it intended to be, an exhaustive description of all my opinions and conclusions and their basis.  It is a preliminary report based on my initial review of the aforementioned records.  My opinions stated above may be modified and/or supplemented upon my review or re-review of additional information and/or documentation.

Sincerely,

Jacob Wynes, DPM, MS

Respectfully submitted,

_____

Larry M. Waranch (7811010349)
lwaranch@waranch-brown.com
Lisa J. Russell (0112120076)
lrussell@waranch-brown.com
WARANCH & BROWN, LLC
1301 York Road, Suite 300
Lutherville, Maryland  21093
(410) 821-3500    Office
(410) 821-3501    Facsimile
*Attorneys for Defendants, Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July 2024, copies of the foregoing Certificate of Qualified Expert and Report on behalf of Defendants was filed and served with the Court's CM-ECF electronic system and sent via electronic mail to:

Paul J. Weber, Esquire
Robert Farley, Esquire
Hyatt & Weber, P.A.
200 Westgate Circle, Suite 500
Annapolis, MD 21401
**Attorneys for Plaintiffs**

_____

Lisa J. Russell (0112120076)