IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND

Colleen Moreland,

Plaintiff,

v.

Haseeb Ahmad *et al.*,

Defendants.

Civil Action No. GLS 24-989

## AMENDED SCHEDULING ORDER

On July 24, 2024, the Court presided over a telephonic Fed. R. Civ. P. 16 conference to address the current Scheduling Order (ECF No. 8), the status of discovery, and the parties' request to modify the Scheduling Order. (ECF No. 18). During that conference, the Court found good cause to grant the request.

Accordingly, it is this 25th day of July 2024, **ORDERED,** that the Amended Scheduling Order is as follows:

| Event | New Deadline |
| --- | --- |
| Moving for joinder of additional parties and amendment of pleadings | October 29, 2024 |
| Plaintiff's Rule 26(a)(2) disclosures | November 12, 2024 |
| Defendant's Rule 26(a)(2) disclosures | December 11, 2024 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | December 26, 2024 |
| Rule 26(e)(2) supplementation of disclosures and responses | January 2, 2025 |
| Fact discovery closes; submission of Joint Status Report | January 28, 2025 |
| Requests for admission | February 4, 2025 |
| Notice of intent to file dispositive pre-trial motions | February 25, 2025 |

_____/s/_____

The Honorable Gina. L. Simms
United States Magistrate Judge