IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COLEEN MORELAND, et al., | * | |
| Plaintiffs, | * | CASE NO. 8:24-cv-00989-PX |
| v. | * | |
| HASEEB AHMAD, DPM, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE TO WITHDRAW APPEARANCE OF COUNSEL

Please **withdraw** the appearance of Lisa J. Russell as counsel for Defendants, Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC.  **Larry M. Waranch, Anthony J. Breschi, Saamia H. Dasti and Waranch & Brown, LLC will remain** as counsel for Defendants, Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC.

*/s/ Lisa J. Russell*

Larry M. Waranch (02012)
lwaranch@waranch-brown.com
Anthony J. Breschi (04553)
abreschi@waranch-brown.com
Saamia H. Dasti (28918)
sdasti@waranch-brown.com
Lisa J. Russell (26733)
lrussell@waranch-brown.com
WARANCH & BROWN, LLC
1301 York Road, Suite 300
Lutherville, Maryland  21093
(410) 821-3500   Office
(410) 821-3501   Facsimile
***Attorneys for Defendants, Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September, 2024, a copy of the foregoing Notice to Withdraw Appearance of Counsel was electronically filed and served to:

Paul J. Weber, Esquire
Robert J. Farley, Esquire
Hyatt & Weber, P.A.
200 Westgate Circle, Suite 500
Annapolis, MD 21401
**Attorneys for Plaintiffs**

Lisa J. Russell (0112120076)