|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND | Approved.<br>The Honorable Gina L. Simms<br>United States Magistrate Judge<br>9/23/2024 |

**COLEEN MORELAND, et al.,**     *

    Plaintiffs,     *     **CASE NO. 8:24-cv-00989-GLS**

v.     *

**HASEEB AHMAD, DPM, et al.,**     *

    Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE TO WITHDRAW APPEARANCE OF COUNSEL

Please **withdraw** the appearance of Lisa J. Russell as counsel for Defendants, Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC. **Larry M. Waranch, Anthony J. Breschi, Saamia H. Dasti and Waranch & Brown, LLC will remain** as counsel for Defendants, Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC.

_____
Larry M. Waranch (02012)
lwaranch@waranch-brown.com
Anthony J. Breschi (04553)
abreschi@waranch-brown.com
Saamia H. Dasti (28918)
sdasti@waranch-brown.com
Lisa J. Russell (26733)
lrussell@waranch-brown.com
WARANCH & BROWN, LLC
1301 York Road, Suite 300
Lutherville, Maryland  21093
(410) 821-3500   Office
(410) 821-3501   Facsimile
***Attorneys for Defendants, Haseeb Ahmad, DPM and Foot and Ankle Specialists of the Mid-Atlantic, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September, 2024, a copy of the foregoing Notice to Withdraw Appearance of Counsel was electronically filed and served to:

Paul J. Weber, Esquire
Robert J. Farley, Esquire
Hyatt & Weber, P.A.
200 Westgate Circle, Suite 500
Annapolis, MD 21401
**Attorneys for Plaintiffs**

_____
Lisa J. Russell (0112120076)